UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TIMOTHY WADE JONES,                              CIVIL NO. 06-4926 (DSD/JSM)

    Plaintiff,

v.                                                                ORDER

BUREAU OF PRISONS,
HAZELTON PRISON,
REGIONAL DIRECTORS OFFICE,
BOP DC OFFICE, and
MPLS, MN DIVISION, MARSHAL'S OFFICE,

    Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated January 24, 2007. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. Plaintiff's application for leave to proceed in forma pauperis, (Docket No. 2), be **DENIED**;

2. Plaintiff's motion for preliminary injunction, (Docket No. 3), be **DENIED**; and

3. This action be **DISMISSED WITHOUT PREJUDICE**.

Dated: February 13, 2007

                                              s/David S. Doty
                                              DAVID S. DOTY
                                              United States District Judge